UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CURTIS L. THOMPSON,<br><br>                              Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>                              Defendant. | | CIV. 25-4131-VLD<br><br><br>**ORDER GRANTING<br>ATTORNEY FEES AND<br>EXPENSES TO PLAINTIFF** |

Plaintiff moves for an award of attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The Defendant does not object.  Therefore, it is

ORDERED that the Commissioner will pay to Plaintiff reasonable attorney fees in the amount of $5,314.80. If it is determined upon effectuation of the Court's EAJA fee Order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the fees will be made payable to Plaintiff's attorney. If there is a debt owed under the Treasury Offset Program, the remaining fee after offset will be paid by a check made out to Plaintiff, c/o the Plaintiff's Attorney, and delivered to the attorney.

IT IS FURTHER ORDERED that Defendant shall pay to Plaintiff in addition to the above the sum of $405.00 in costs for the filing fee in this matter.

Dated this ___29th___ day of _April     _____2026 __.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge